AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

filed in open court

## APPEARANCE

Case Number: 04-1809-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE MELO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/2/04 | /s/ Stephen Neyman |
| Date | Signature |
| | STEPHEN NEYMAN — 55516 |
| | Print Name — Bar Number |
| | 160 State St, Fl. 5 |
| | Address |
| | Boston, MA 02109-2502 |
| | City — State — Zip Code |
| | (617) 263-6900 — (617) 227-0(?) |
| | Phone Number — Fax Number |