AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

JOSE F. MELO, a/k/a Jose Mello

**WARRANT FOR ARREST**

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jose F. Melo, a/k/a Jose Mello___
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title ___21___ United States Code, Section(s) ___846 and 841(a)(1)___

Charles B. Swartwood III                        US Magistrate Judge
Name of Issuing Officer                          Title of Issuing Officer

[signature]                                       06-29-2004    Boston, MA
Signature of Issuing Officer                      Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

WARRANT EXECUTED BY
ARREST/ARRAIGNMENT OF THE
DEFENDANT

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Jose F. Melo

ALIAS: Jose Mello

LAST KNOWN RESIDENCE: 20 Tracey St., Apt. 1, Peabody, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Portugal

DATE OF BIRTH (4 digit year): 00-00-1976

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 5737

HEIGHT: 5'9"  WEIGHT: 170

SEX: M  RACE: W

HAIR: Brown  EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration
15 New Sudbury Street
Boston, MA